FILED
August 28, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )   2:07-cr-0384 DAD
            Plaintiff,               )   Case No. 0989402/CA21
                                     )
v.                                   )   ORDER FOR RELEASE OF
                                     )   PERSON IN CUSTODY
SATYA W. CHAND,                      )
                                     )
            Defendant.               )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release SATYA W. CHAND, Case No. 0989402/CA21,

Charge __Information__, from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

   X     Release on Personal Recognizance

   __    Bail Posted in the Sum of $_____

         __  Unsecured Appearance Bond

         __  Appearance Bond with 10% Deposit

         __  Appearance Bond with Surety

         __  Corporate Surety Bail Bond

   X     (Other)   _Pretrial Services Supervision_
         _of conditions of release_

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _August 28, 2007_ at __3:21__ pm.

                                     By _____
                                         Dale A. Drozd
                                         United States Magistrate Judge