UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

PRETRIAL SERVICES VIOLATION PETITION


FILED
OCT 2 9 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

The United States,

-vs-

Satya Chand        **Docket No. CRS. 07-384-DAD**

**COMES NOW** Rebecca A. Fidelman, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Satya Chand, who was placed on bond by Your Honor, sitting in the Court at Sacramento, California, on the 28th day of August, 2007, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** 18:111 - Simple Assault of a Federal Officer; 40:121 and 41 C.F.R - 102-74.390 - Disrupting and Impeding a Government Employee

**BOND CONDITIONS:** On August 28, 2007, the defendant was released on her own recognizance on August 28, 2007, with Pretrial Services supervision and special conditions of release. Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has failed to attend four counseling sessions as directed with Dr. Michael Pena.

**PRAYING THAT THE COURT WILL ORDER** this matter placed on this Court's calendar on Tuesday, October 30, 2007, at 10:00 a.m., and order the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

**LAST KNOWN ADDRESS:** On file with Pretrial Services

**TELEPHONE NUMBER:** On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Rebecca A. Fidelman
Rebecca A. Fidelman
Pretrial Services Officer
DATE: October 29, 2007

### ORDER

_____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $____.

_____ The Court hereby orders this ex parte motion and order be sealed.

_____ The Court orders a summons be issued with an appearance date of _____.

__X__ The Court hereby orders this matter placed on this court's calendar on **Tuesday, October 30, 2007**, at **10:00 am** and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

_____ The Court orders no action be taken.

Considered and ordered this 29th day of October, 2007, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

**BOND CONDITIONS:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer;

6. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

7. You shall not associate or have any contact with the victim in this case or the victim's associates at the IRS office located at 4330 Watt Avenue, Sacramento, CA, nor shall you enter the premises at the IRS office located at 4330 Watt Avenue, Sacramento, without the prior consent of Pretrial Services.