DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SATYA WATI CHAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr-S-07-384 DAD |
| ) | |
| Plaintiff, ) | **2nd AMENDED** |
| ) | NOTICE OF HEARING CHANGE AND |
| v. ) | ORDER |
| ) | |
| SATYA WATI CHAND, ) | |
| ) | Date:  February 26, 2008 |
| Defendant. ) | Time:  10:00 a.m. |
| ) | Judge: Dale A. Drozd |
| _____ ) | |

The current presentence report schedule and judgment and sentencing date of February 5, 2008 is vacated and a new J&S date of February 26, 2008 is hereby set.  Below is the new PSR schedule.

    Draft PSR due:                 January 22,  2008
    Written objections due:        February 05, 2008
    PSR to be filed w/court:       February 12, 2008
    Motion for correction due:     February 19, 2008
    J&S:                           February 26, 2008

///

///

///

1   All parties including the courtroom clerk have been notified and
2   are in agreement to this continuance.
3
4   Dated: December 17, 2007            Respectfully submitted,
5
                                        DANIEL BRODERICK
6                                       Federal Defender
7                                       /s/ Caro Marks
                                        _____
8                                       CARO MARKS
                                        Assistant Federal Defender
9                                       Attorney for Defendant
                                        SATYA WATI CHAND
10
11
12       IT IS SO ORDERED.
13  DATED: December 20, 2007.
14
15                                      _____
                                        DALE A. DROZD
16                                      UNITED STATES MAGISTRATE JUDGE
17
18
19  Ddad1/orders.criminal/chand0384.ord
20
21
22
23
24
25
26
27
28

2