DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SATYA WATI CHAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr-S-07-384 DAD |
|---|---|
| Plaintiff, | ) |
| v. | ) NOTICE OF HEARING AND ORDER |
| SATYA WATI CHAND, | ) Date: April 1, 2008 |
| Defendant. | ) Time: 10:00 a.m. |
|  | ) Judge: Dale A. Drozd |

The current presentence report schedule and judgment and sentencing date of February 26, 2008 is vacated and a new J&S date of April 1, 2008 is hereby set.  Below is the new PSR schedule.

```
    Draft PSR due:              March 4,  2008
    Written objections due:     March 11, 2008
    PSR to be filed w/court:    March 18, 2008
    Motion for correction due:  March 25, 2008
    J&S:                        April 1, 2008
```

///

///

///

///

///

///

1    All parties including the courtroom clerk have been notified and
2 are in agreement to this continuance.
3
4 Dated: January 31, 2008            Respectfully submitted,
5
6                                    DANIEL BRODERICK
                                     Federal Defender
7                                    /s/ Caro Marks
                                     _____
8                                    CARO MARKS
                                     Assistant Federal Defender
9                                    Attorney for Defendant
                                     SATYA WATI CHAND
10
11
12     IT IS SO ORDERED.
13 DATED: January 31, 2008.
14
15                                   _____
                                     DALE A. DROZD
16                                   UNITED STATES MAGISTRATE JUDGE
17
18 Ddad1/orders.criminal/chand0384.ord
19
20
21
22
23
24
25
26
27
28

2