DANIEL BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SATYA WATI CHAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr-S-07-384 DAD |
| Plaintiff, | 2nd **AMENDED** NOTICE OF HEARING AND ORDER |
| v. | |
| SATYA WATI CHAND, | Date: April 8, 2008 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Dale A. Drozd |

The current presentence report schedule and judgment and sentencing date of April 1, 2008 is vacated and a new J&S date of April 8, 2008 is hereby set.  Below is the new PSR schedule.

```
    Draft PSR due:              March 4,  2008
    Written objections due:     March 18, 2008
    PSR to be filed w/court:    March 25, 2008
    Motion for correction due:  April 1, 2008
    J&S:                        April 8, 2008
```

///

///

///

///

///

///

1    All parties including the courtroom clerk have been notified and
2 are in agreement to this continuance.
3
4 Dated: February 5, 2008                    Respectfully submitted,
5
                                             DANIEL BRODERICK
6                                            Federal Defender
7                                            /s/ Caro Marks
                                             _____
8                                            CARO MARKS
                                             Assistant Federal Defender
9                                            Attorney for Defendant
                                             SATYA WATI CHAND
10
11
12    IT IS SO ORDERED.
13 DATED: February 5, 2008.
14
15                           _____
                             DALE A. DROZD
16                           UNITED STATES MAGISTRATE JUDGE
17
18 Ddad1/orders.criminal/chand0384.ord(3)

2