DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO.  Cr.S. 07-0384 DAD |
| Plaintiff, ) | |
| ) | **ORDER TO RELEASE PASSPORT** |
| v. ) | |
| ) | |
| SATYA WATI CHAND, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On April 25, 2008, defendant Satya Chand contacted the Federal Defender's office concerning the return of his passport.  Ms. Chand had attempted to retrieve her passport directly from the Court but was told she needed an order to release it.

On August 28, 2007, Ms. Chand was ordered to surrender her passport as a condition of her release. Ms. Chand deposited her passport (receipt #058365957) with the Court as a condition of her release.  On April 8, 2008, the defendant pled guilty.  She was sentenced  6 months probation and a special assessment of $25.00   Ms Chand requests the return of his passport by mail to 4141 Palm Avenue, Sacramento, CA 95842.

1  A proposed order follows for the Court's convenience.
2  Dated:  April 28, 2008
3                                         Respectfully submitted,
4                                         DANIEL J. BRODERICK
   Federal Defender
5
6                                         /S/ Caro Marks
                                          _____
7                                         CARO MARKS
                                          Assistant Federal Defender
8
9
10                         **O R D E R**
11
12     The Clerk of the Court for the Eastern District of California is
13  ordered to release Ms. Chand's passport by mail forthwith.
14  DATED: April 29, 2008.
15
16                       _____
                         DALE A. DROZD
17                       UNITED STATES MAGISTRATE JUDGE
18
19
20  Ddad1/orders.criminal/chand0384.ord(4)

2